**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

NAJA GIBBONS,

      Plaintiff,

      v.

NATURALS2GO, et al.,

      Defendants.

CIVIL ACTION NO.: 4:26-cv-89

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 22, 2026, Report and Recommendation, (doc. 6), to which Plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 6.) Plaintiff's Motion to Proceed *in forma pauperis* is **DENIED**. (Docs. 2 & 5.) Pursuant to the Court's Local Rules, Plaintiff is **DIRECTED** to submit the appropriate filing fee within twenty-one days of the service date of this Order. L.R. 4.2(2). Failure to make timely payment will result in dismissal. Id.

**SO ORDERED**, this 4th day of June, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA