**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

NAJA GIBBONS,

      Plaintiff,

      v.

NATURALS2GO, et al..,

      Defendants.

CIVIL ACTION NO.: 4:26-cv-89

**O R D E R**

In a June 4, 2026, Order, the Court denied Plaintiff's Motion to Proceed *in Forma Pauperis* and directed Plaintiff to submit the appropriate filing fee within twenty-one days of the service date of the Order.  (Doc. 7.)  The Court explicitly advised Plaintiff that "[f]ailure to make timely payment will result in dismissal."  (Id.)  More than twenty-one days have passed without Plaintiff having submitted the filing fee or having requested an extension of time to do so.  Accordingly, the Court **DISMISSES** this case **WITHOUT PREJUDICE**.  The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment and to **CLOSE** this case.

      **SO ORDERED**, this 29th day of June, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA