AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

NAJA GIBBONS,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

      **V.**

CASE NUMBER:   4:26-cv-89

NATURALS2GO, et al..,

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's June 29, 2026 Order, this case is dismissed without prejudice due to Plaintiff's failure to submit the appropriate filing fee.   This case stands closed.

| | | |
|---|---|---|
| 6/29/2026 | | John E. Triplett, Clerk of Court |
| *Date* | | *Clerk* |
| | | *(By) Deputy Clerk* |

GAS Rev 10/2020